UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER TYRONE JAMES,

Petitioner,

v.

WALLACE DIXON, Warden, *et al.*,

Respondents.

Civil Action No. 08 1287

## ORDER TRANSFERRING CASE

Petitioner, a prisoner at the Bertie Correctional Institute at Windsor, North Carolina, has applied to proceed *in forma pauperis* and challenges the sentence imposed on him by the United States District Court for the Middle District of North Carolina. He claims that he relied on faulty advice of counsel to plead guilty to charges including a habitual felon charge. Habeas review of a federal conviction and sentence is available only under 28 U.S.C. § 2255, which states as follows:

> An application for a writ of habeas corpus in behalf of a prisoner who is authorized to apply for relief by motion pursuant to [§ 2255] shall not be entertained if it appears that the applicant has failed to apply for [§ 2255] relief, by motion, to the court which sentenced him, or that such court has denied him relief, unless it also appears that the remedy by motion is inadequate or ineffective to test the legality of his detention.

28 U.S.C. § 2255. *See Taylor v. United States Board of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952) (attack on the constitutionality of the statute under which defendant was convicted and sentenced is properly pursued by motion under 28 U.S.C. § 2255); *Ojo v. Immigration & Naturalization Service*, 106 F.3d 680, 683 (5th Cir. 1997) (the sentencing court is the only court

with jurisdiction to hear defendant's complaint regarding errors that occurred before or during sentencing). In the absence of any basis for finding petitioner's remedy under § 2255 inadequate or ineffective, this court lacks jurisdiction to entertain the petition. Petitioner's recourse lies in the sentencing court. Accordingly, it is hereby

ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of North Carolina. Whether the petitioner should be permitted to proceed *in forma pauperis* is left to the determination of the transferee court.

Date: 7/22/08

United States District Judge